# COURT MINUTES

## Magistrate Judge Lisette Reid

Atkins Building Courthouse - 3rd Floor    Date: 09/21/2026 Time: 10:00 AM

Defendant: John Suarez Alegria    J#: 52723-506    Case #: 22-CR-20104-BECERRA

AUSA: Dwayne Williams    Attorney:

Violation: Conspiracy to Kill or Kidnap Outside U.S    Surr/Arrest Date: 09/20/2026    YOB: 1975

Proceeding: Initial Appearance    CJA Appt: Juan de Jesus Gonzalez (Manny Gonzalez covering)

Bond/PTD Held: ○ Yes ○ No    Recommended Bond: Temp PTD

Bond Set at: $    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition: Defendant sworn & Defendant advised of rights and charges. Defendant's request for appointment of counsel; Granted. AFPD conflict. CJA Appointed Manny Gonzalez covering. Government seeks PTD based on risk of flight and danger to the community; Govt's ore tenus motion for PTD Hearing. Granted. *Brady Order Given*

From Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | 9/28 | 10:00am | Duffy | Miami |
| Prelim/Arraign or Removal: | 9/28 | 10:00 am | Duffy | Miami |
| Status Conference RE: financial eligibility | 9/28 | 10:00 am | Duffy | Miami |

D.A.R. 10:28:40/12:37:19    Time in Court: 17 mins

s/Lisette Reid    Magistrate Judge